MARYANN P. GALLAGHER, SBN # 146078
Law Offices of Maryann P. Gallagher
205 S. Broadway, Suite 702
Los Angeles Ca 90012

Telephone: *(213) 626-1810*
Facsimile: *(213) 626-0961*

JS-6

Attorney for Plaintiff, BERTHA RUBIO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA RUBIO, <br><br> Plaintiff, <br><br> vs. <br><br> OWENS-ILLINOIS INC.; OWENS-BROCKWAY GLASS CONT. INC; and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO. CV102189VBF (FFM) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having considered the Stipulation for Voluntary Dismissal of the Action With Prejudice entered into between Defendants OWENS-ILLINOIS INC. and OWENS-BROCKWAY GLASS CONT. INC. on the one hand, and Plaintiff BERTH A RUBIO("Plaintiff") on the other hand, and for good cause appearing,

IT IS HEREBY ORDERED that,

---

1

PROPOSED ORDER RE REQUEST FOR DISMISSAL

1. The Stipulation is approved; and

2. The Action is Dismissed with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: 6-21-11

_____
Hon. Valerie Baker Fairbank
JUDGE OF THE U.S. DISTRICT COURT